UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CAYETANO,<br>*on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>Plaintiff,<br><br>-v-<br><br>THINK OUTSOURCING LLC and PETER GRIZARDO,<br><br>Defendants. | Case No.: 1:21-cv-09515<br><br>[PROPOSED]<br>RULE 68 JUDGMENT |

WHEREAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Think Outsourcing LLC and Peter Grizardo (collectively, "Defendants"), having offered to allow Plaintiff Joseph Cayetano ("Plaintiff") to take a judgment against them, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), inclusive of attorneys' fees, to resolve the litigation against all Defendants in its entirety, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 2, 2022 and filed as Exhibit A to Docket Number 21;

WHEREAS, on June 8, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 21);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Joseph Cayetano, in the sum of Sixty Thousand Dollars and No Cents ($60,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 2, 2022 and filed as Exhibit A to Docket Number 21.

**SO ORDERED:**

Dated: _____June 13_____, 2022
New York, New York

_____Paul A. Engel_____
U.S.D.J.
United States District Judge