UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CAYETANO, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                        Plaintiff,

-v-

THINK OUTSOURCING LLC and PETER GRIZARDO,

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 9515 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, July 6, 2022, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Paul A. Engelmayer by **Wednesday, July 20, 2022**.

Dated:    New York, New York
           July 6, 2022

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**