UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CAYETANO, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

                    Plaintiff,

-v-

THINK OUTSOURCING LLC and PETER GRIZARDO,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 9515 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 6, 2022, the Court directed the parties to file a stipulation of dismissal (the "Stipulation") for review and endorsement by the Honorable Paul A. Engelmayer by Wednesday, July 20, 2022. (ECF No. 24). To date, the parties have not filed the Stipulation. Accordingly, the parties are directed to file the Stipulation by **Monday, July 25, 2022**.

Dated:     New York, New York
            July 21, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge